# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY ALFARO GUTIERREZ,<br><br>    Petitioner,<br><br>    v.<br><br>STANLEY SNIFF, SHERIFF FOR RIVERSIDE COUNTY,<br><br>    Respondent(s). | No. EDCV 10-508-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: June 11, 2010

                                              GARY A. FEESS
                                  UNITED STATES DISTRICT JUDGE