# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY ALFARO GUTIERREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STANLEY SNIFF, SHERIFF FOR RIVERSIDE COUNTY,<br><br>　　　　　Respondent(s). | No. EDCV 10-508-GAF (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: June 11, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ Gary Feess
　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE